5241/Compt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

CARBAMERICAS, INC.

    Plaintiff,

vs.

AMERICAN PRESIDENT LINES, LTD.,
and APL CO. PTE LTD.,

    Defendants.
_____/

## **C O M P L A I N T**

COMES NOW the Plaintiff, CARBAMERICAS, INC., by and through its undersigned attorney, and sues the Defendants, AMERICAN PRESIDENT LINES, LTD. and APL CO. PTE LTD., and alleges that:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, CARBAMERICAS, INC., is a Florida Corporation, doing business in Miami, Dade County, Florida and was the consignee of the subject cargos hereinbelow described.

3. The Defendant, AMERICAN PRESIDENT LINES, LTD., is a foreign corporation, with its United States headquarters located in Scottsdale, Arizona, and at all times material hereto was doing business in Miami, Florida as a common

        carrier of merchandise-by-water-for-hire and at all times material hereto was the ocean carrier of the subject cargo hereinbelow described.

4. The Defendant, APL CO. PTE LTD., is a foreign corporation, with its United States headquarters located in Scottsdale, Arizona and at all times material hereto was doing business in Miami, Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the ocean carrier of the subject cargo hereinbelow described.

5. The Defendants, APL will be collectively referred to as "APL".

6. On or about March 21, 2012, APL received a container of fresh mangos for ocean transportation from Puerto Cortes, Honduras to Port of New York. Later, on or about April 2, 2012, the Defendant received two (2) other containers of fresh mangoes also for ocean transportation from Puerto Cortes, Honduras to the Port of New York.

7. The shipper of both shipments was Mangos, S.A. and the consignee for both shipments was CARBAMERICAS, INC.

8. APL received the subject cargos in good order and sound condition.

9. The subject cargos arrived at destination with damages which occurred during the transportation of the subject cargo while in the care, custody and control of APL.

10. The Plaintiff has been damaged in a total amount in excess of Thirty Five Thousand Eight Hundred Eight and 35/100 dollars ($35,808.35).

11. The Plaintiff has complied with all conditions precedent to the bringing of this action.

## COUNT I- COGSA (First Shipment)

The Plaintiff realleges and repeats paragraphs 1 through 11 as if set forth herein at length and further alleges that:

12. On or about March 21, 2012, APL contracted and agreed to deliver a cargo consisting of 5,280 boxes of fresh mangos in good order and condition and, as evidence of that agreement, issued its Bill of Lading APLU 902107206 for container number TRIU810876-1.

13. APL breached its contract of carriage by failing to deliver the cargo in the same good order and condition as when received.

14. As a result thereof, the Plaintiff has been damaged in an amount in excess of $5,276.95.  The Plaintiff reserves the right to amend this amount at the time of trial.

## COUNT II- COGSA (Second Shipment)

The Plaintiff realleges and repeats paragraphs 1 through 11 as if set forth herein at length and further alleges that:

15. On or about April 2, 2012, APL contracted and agreed to deliver two (2) other containers, consisting of 5,280 boxes each of fresh mangos in good order and condition and as evidence of that agreement, issued its Bill of Lading, APLU 902107316 for container number TGHU994627-5 and Bill of Lading, APLU 902107321 for container number TRIU865565-0.

16. APL breached its contract of carriage by failing to deliver the cargos in the same good order and condition as when received.

17.     As a result thereof, the Plaintiff has been damaged in an amount in excess of $30,531.40.  The Plaintiff reserves the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiff, CARBAMERICAS, INC., prays that judgment be entered against the Defendants, AMERICAN PRESIDENT LINES, LTD., and APL CO. PTE LTD., jointly and severely, in favor of the Plaintiff in the total principal amount of Thirty Five Thousand Eight Hundred Eight and 35/100 dollars ($35,808.35) or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

April 5, 2013
Miami, Florida

By: *S/Michael C. Black*
_____
Michael C. Black, Esquire
F.B.N. 0056162
mblack@marlaw.com
CASSIDY & BLACK, P.A.
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 505
Miami, Florida 33156
Telephone:     (305) 271-8301
Facsimile:      (305) 271-8302
*Counsel for Plaintiff*